IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PAMELA K. HARTNETT, )
)
    Plaintiff, )
)
v. ) Civil No. 3:08CV128-HEH
)
BRUNSWICK COUNTY PUBLIC SCHOOLS, )
SCHOOL BOARD OF BRUNSWICK COUNTY, )
and DALE W. BAIRD, )
)
    Defendants. )

## ORDER

THIS MATTER is before the Court on Defendants' Post-Trial Motions (Dk. No. 45), filed on December 1, 2008, and Plaintiff's Motion for Back Pay, Front Pay, Attorneys' Fees, and Interest (Dk. No. 51), filed on December 12, 2008. For the reasons stated at the hearing on December 15, 2008, Defendants' Post-Trial Motions are DENIED. Judgment is hereby ENTERED in favor of Plaintiff Pamela K. Hartnett and against Defendants School Board of Brunswick County and Dale W. Baird on Plaintiff's Title VII and § 1981 claims, and damages are awarded to Plaintiff in the amount of $200,000 on her Title VII claim against Defendant School Board of Brunswick County.

For the reasons stated in the accompanying Memorandum Opinion, the Court hereby GRANTS Plaintiff's Motion for Back Pay and awards Plaintiff $34,167.04 in back pay. Plaintiff is entitled to interest on the award of back pay at a rate of .69 percent. The Court hereby GRANTS Plaintiff's Motion for Attorney's Fees and awards Plaintiff $107,000 in attorney's fees. The Court hereby DENIES Plaintiff's Motion for Front Pay.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is SO ORDERED.

                                                         /s/
                                    Henry E. Hudson
                                    United States District Judge

Date: Dec 23, 2008
Richmond, VA